UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LEONARD MICHAEL BATES, TERRI BATES, JAY DANNENBERG and PAMELA DANNENBERG,

        Plaintiffs,

v.

KIDDE TECHNOLOGIES INCORPORATED f/k/a FENWAL SAFETY SYSTEMS INCORPORATED,

        Defendants.

Case Number 04-10128-BC
Honorable Thomas L. Ludington

-and-

BRIAN SCHALAU,

        Plaintiff,

v.

KIDDE TECHNOLOGIES INCORPORATED f/k/a FENWAL SAFETY SYSTEMS INCORPORATED,

        Defendants.

CONSOLIDATED CASES

Case Number 04-10129-BC
Honorable Thomas L. Ludington

-and-

JEFF DUNBAR,

        Plaintiff,

v.

KIDDE TECHNOLOGIES INCORPORATED f/k/a FENWAL SAFETY SYSTEMS INCORPORATED,

        Defendants.
_____ /

Case Number 04-10130-BC
Honorable Thomas L. Ludington

**ORDER OF DISMISSAL**

On January 22, 2007, this Court received a letter explaining that settlement was reached at facilitative mediation with respect the last remaining defendant is this case, Kidde Technologies, Inc. In light of the parties' settlement, the Court will dismiss the case.

Accordingly, it is **ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.

                                                  s/Thomas L. Ludington
                                                  THOMAS L. LUDINGTON
                                                  United States District Judge

Dated: February 6, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 6, 2007.

                                    s/Tracy A. Jacobs
                                    TRACY A. JACOBS